UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:22-CV-280-DJH

ROSSANA CLARKE,                                                              PLAINTIFFS
as Administratrix of the
Estate of Alejandro Clarke, Jr., et al.


v.


DEPUTY JACOB DUKE, et al.                                                DEFENDANT

## ANSWER OF DEFENDANT TROOPER DILLON SPENCER

Comes the Defendant, Kentucky State Trooper Dillon Spencer in his individual capacity, by counsel, and for his Answer to the Complaint, states as follows:

1. The Plaintiff's paragraph #1 is a general narrative of the case. The Defendant denies paragraph 1, because some of the facts alleged therein are not correct and because he is without sufficient information to admit or deny other allegations contained in paragraph 1 of the Complaint, and therefore denies the allegations.

### JURISDICTION AND VENUE

2. The Defendant admits the allegations contained in paragraphs 2, 3 and 4 of the Complaint.

### PARTIES

3.  The Defendant is without sufficient information to admit or deny the allegations contained in paragraphs 5, 6, 7, 8 and 9 of the Complaint, and therefore denies the allegations.

4.  The Defendant admits the allegations contained in paragraphs 10, 11 and 12 of the Complaint.

5.  The Defendant is without sufficient information to admit or deny the allegations contained in paragraphs 13, 14 and 15 of the Complaint, and therefore denies the allegations.

## FACTS

6.  The Defendant is without sufficient information to admit or deny the allegations contained in paragraphs 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, and 45 of the Complaint, and therefore denies the allegations.

7.  The Defendant admits the allegations contained in paragraph 46 and 47 of the Complaint.

8.  The Defendant denies the allegations contained in paragraph 48, 49, 50 and 52 of the Complaint.

9.  The Defendant is without sufficient information to admit or deny the allegations contained in paragraphs 53, 54, 55, 56, 57, 58, 59, 60, and 61 of the Complaint, and therefore denies the allegations.

10. The Defendant denies the allegations contained in paragraph 62, 63, 64, 65, 66, 67, 68, and 69 of the Complaint.

11. The Defendant is without sufficient information to admit or deny the allegations contained in paragraphs 70, 71 or 72 of the Complaint, and therefore denies the allegations.

12. The Defendant denies the allegations contained in paragraph 73, 74, 75 and 76 of the Complaint.

13. The Defendant is without sufficient information to admit or deny the allegations contained in paragraph 77 of the Complaint, and therefore denies the allegations.

14. The Defendant denies the allegations contained in paragraphs 78, 79 and 80 of the Complaint.

15. The Defendant is without sufficient information to admit or deny the allegations contained in paragraphs 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, and 94 of the Complaint, and therefore denies the allegations.

16. The Defendant denies the allegations contained in paragraphs 95, 96, and 97 of the Complaint.

17. The Defendant is without sufficient information to admit or deny the allegations contained in paragraph 98 of the Complaint, and therefore denies the allegations.

18. The Defendant denies the allegations contained in paragraph 99 of the Complaint.

19. The Defendant is without sufficient information to admit or deny the allegations contained in paragraphs 100, 101, 102, 103, 104, 105, and 106 of the Complaint, and therefore denies the allegations.

## COUNT I

### EXCESSIVE FORCE UNDER 42 U.S.C. § 1983

20. The Defendant denies the allegations contained in paragraphs 107, 108, 109, 110, 111, 112, 113, 114, 115, and 116 of the Complaint.

## COUNT II

### FAILURE TO INTERVENE UNDER 42 U.S.C. § 1983

21. The Defendant denies the allegations contained in paragraphs 117, 118, 119, 120 and 121 of the Complaint.

## COUNT III

### CIVIL CONSPIRACY UNDER 42 U.S.C. § 1983 AND STATE LAW

22. The Defendant denies the allegations contained in paragraphs 122, 123, 124, 125, 126, 127, 128, 129, 130 of the Complaint.

## COUNT IV

### SUPERVISORY LIABILITY AGAINST UNDER 42 U.S.C. § 1983

23. Paragraphs 131 through 136 contain no allegations against this Defendant. The Defendant is without sufficient information to admit or deny the allegations contained in paragraphs 131, 132, 133, 134, 135, and 136 of the Complaint, and therefore denies the allegations.

## COUNT V

## AIDING AND ABETTING

24. The Defendant denies the allegations contained in paragraphs 137, 138, 139, 140, 141, 142, and 143 of the Complaint.

## COUNT VI

## BATTERY

25. The Defendant denies the allegations contained in paragraphs 144, 145, 146 and 147 of the Complaint.

## COUNT VII

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

26. The Defendant denies the allegations contained in paragraphs 148, 149, and 150 of the Complaint.

## COUNT VIII

## NEGLIGENCE AND WRONGFUL DEATH

27. The Defendant denies the allegations contained in paragraphs 151, 152, 153, 154, 155, 156 and 157 of the Complaint.

## COUNT IX

## LOSS OF PARENTAL CONSORTIUM

28. The Defendant denies the allegations contained in paragraphs 158, 159, 160, 161, 162, and 163 of the Complaint.

## COUNT X

## NEGLIGENCE, GROSS NEGLIGENCE,

## AND PROFESSIONAL NEGLIGENCE

29. The Defendant denies the allegations contained in paragraphs 164, 165, 166, 167, 168, 169 and 170 of the Complaint.

## COUNT XI

### Violation of KRS 258.235

30. The Defendant denies the allegations contained in paragraphs 171, 172, 173, 174, 175, 176, 177, 178, and 179 of the Complaint.

## COUNT XII

## PUNITIVE DAMAGES

31. The Defendant denies the allegations contained in paragraphs 180 and 181 of the Complaint.

32. The Defendant denies every allegation of the Plaintiff's Complaint not specifically admitted herein.

## AFFIRMATIVE DEFENSES

### Defense I

The Complaint fails to state a claim upon which relief may be granted.

### Defense II

The Defendant denies each and every allegation that states he has deprived the Plaintiff of any constitutional right or infringed upon any state or federally protected rights.

### Defense III

The Defendant at all times acted in accordance with the legal requirements of the profession, thus, barring recovery herein.

## Defense IV

Plaintiff's claims are barred by the doctrine of sovereign immunity, good faith immunity, qualified immunity, and/or official immunity.

## Defense V

All or part of the Plaintiff's claims are barred by the doctrines of res judicata, collateral estoppel, and/or laches.

## Defense VI

All or part of the Complaint is barred by the statute of limitations.

## Defense VII

The Defendant reserves the right to assert such other defenses as may appear appropriate after discovery has been conducted in this matter.

**Wherefore**, the Defendant respectfully requests that the Complaint be dismissed with prejudice, that the Plaintiff takes nothing thereby, that the Defendant be awarded costs incurred including attorneys' fees, and all other relief to which he may appear entitled.

Respectfully submitted,

*/s/ Brenn O. Combs*
Brenn O. Combs
Kentucky State Police Legal Office
919 Versailles Road
Frankfort, KY 40601
(502) 782-1800
(502) 573-1636 facsimile
Brenn.Combs@ky.gov
*Counsel for Troopers Whitlock and Johnson*

## <u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on June 23, 2022, I electronically filed this document with the clerk of the court by using the CM/ECF System, which will provide service to counsel of record for the Plaintiffs and all other Defendant who have appeared in this matter:

         <u>/s/ Brenn O. Combs    </u>
         Brenn O. Combs