# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
## CIVIL ACTION NO. 3:22-CV-00280-DJH-CHL

**ROSSANA CLARKE, et al.,**                                                    **Plaintiffs,**

**v.**

**DEPUTY JACOB DUKE, et al.,**                                            **Defendants.**

## **ORDER**

      The undersigned held a telephonic status conference in this matter on June 13, 2023. Participating were the following:

| | |
|---|---|
| FOR PLAINTIFFS: | David N. Ward |
| FOR DEFENDANTS DUKE, MILLER & HARDIN COUNTY: | Robert K. Bond |
| FOR DEFENDANTS JOHNSON, SPENCER, & WHITLOCK: | Brenn Oliver Combs |
| FOR DEFENDANTS COPELIN & SHARP: | Carol S. Petitt<br>Ronnie Wayne Mills |

The Court and the Parties discussed the status of the case. The Parties reported that they are progressing well in discovery. They have completed a substantial portion of written discovery and scheduled depositions, the first of which is set for June 14, 2023. The Parties did not anticipate any issues with the current schedule at this time. The Court will set an additional check-in call as set forth below. The undersigned is also available to conduct either a settlement conference or *ex parte* calls regarding settlement at any time the Parties believe it would be productive to do so.

      The Court also notes that generally, discovery documents, including discovery requests, expert disclosures, notices to take depositions, and notices of cancellation of depositions, should

not be filed in the record.  Fed. R. Civ. P. 5(d)(1) ("[D]isclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission."); Fed. R. Civ. P. 5 advisory committee's note to 2000 amendment (noting that "[d]iscovery requests" under Rule 5(d) "includes deposition notices"); LR 26.1(b) (recognizing that "disclosure, notices, interrogatories, requests[,] and answers or responses thereto" are "not filed of record pursuant to [Rule] 5(d)").  Accordingly, the Parties shall refrain from filing further discovery documents except as appropriate under the Federal Rules of Civil Procedure and this Court's Local Rules.

Accordingly,

IT IS HEREBY ORDERED that this matter is set for a telephonic status conference before the undersigned on **November 8, 2023, at 9:30 AM ET**.  Counsel for the Parties shall connect to the conference by dialing toll free number 1-888-808-6929 and entering access code 2773744#.

Colin H Lindsay, Magistrate Judge
United States District Court

cc:  Counsel of record

0|10    June 13, 2023

2